# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DEVONTE JAMES, | ) |
| | ) |
| Plaintiffs, | ) **Case No. 14 CV 07955** |
| | ) |
| vs. | ) |
| | ) HON. JOHN BLAKEY |
| CITY OF CHICAGO, ILLINOIS, and | ) |
| CHICAGO POLICE OFFICERS | ) |
| Peter Bucks, Star No. 11515, Matthew Bouch, | ) |
| Star No. 10723, Terry Frigo, Star No. 8585. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AS TO ATTORNEY'S FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED by and between the parties in this case, by their respective attorneys of record with regard to attorneys' fees and costs:

1. Judgment of attorney's fees of plaintiff's counsel pursuant to 42 U.S.C §1988 is entered in the amount of $400,000 and costs pursuant to Rule 54(d) and 28 U.S.C. §1920 is entered in the amount of $17,672.15 and is to be paid by the City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102.

2. Plaintiff agrees to waive his claim to punitive damages.


/s/ Caroline Fronczak
Caroline Fronczak
Senior Counsel
City of Chicago, Law Dept.
30 N. LaSalle, Suite 900
Chicago, Il 60602
312-744-5126

/s/ Jeffrey B. Granich
Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 W. Jackson, Suite 1028
Chicago, Il 60604
312-939-9009