## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DEVONTE JAMES, )
)
                 Plaintiffs, ) Case No. 14 CV 07955
)
vs. )
) HON. JOHN BLAKEY
CITY OF CHICAGO, ILLINOIS, and )
CHICAGO POLICE OFFICERS )
Peter Bucks, Star No. 11515, Matthew Bouch, )
Star No. 10723, Terry Frigo, Star No. 8585. )
)
)
                 Defendants. )

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that the parties have entered into a settlement agreement with respect to attorneys' fees pursuant to the Release and Settlement Agreement executed by the parties and, therefore, the briefing schedule on Plaintiff's fee petition is vacated and the matter is hereby closed in accordance with the terms of the Release and Settlement Agreement and the Agreed Order.

Jeffrey B. Granich
Attorney for Plaintiff, Devonte James
Law Offices of Jeffrey B. Granich
53 W Jackson, Suite 1028
Chicago, Illinois 60604
312-939-9009
Attorney No. 6207030
FEIN: 20-1720017
DATE: 10/26/17

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY:
Caroline Fronczak, Senior Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 6066
(312) 744-5126
Attorney No. 06284817
DATE: 10/27/17