# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Devonte James,

Plaintiff(s),

v.

City of Chicago, et al,

Defendant(s).

Case No. 14 CV 7955

Judge John Robert Blakey

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Devonte James
and against defendant(s) Matthew Bouch
in the amount of $304,000.00 in compensatory damages. ,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge John Robert Blakey presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion following the parties' stipulation to vacate.


Date: 10/30/2017

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk